


# Case Report
## Summary

**Print Date/Time:** 11/15/2018 10:43  
**Login ID:** jmartin1  
**Case Number:** 2017-00034611  

**ORI Number:**

Elyria Police Department  
OH0470400

## Case

| | |
|---|---|
| **Case Number:** 2017-00034611 | **Incident Type:** Disturbance |
| **Location:** 340 8TH ST ELYRIA, OH 44035 | **Occurred From:** 11/18/2017 22:20 |
| **Reporting Officer ID:** EL202 - Loesch | **Occurred Thru:** 11/18/2017 22:20 |
| | **Disposition:** Arrest |
| | **Disposition Date:** 11/18/2017 |
| | **Reported Date:** 11/18/2017 22:20 Saturday |

## Offenses

| No. | Group/ORI | Crime Code | Statute | Description | Counts |
|---|---|---|---|---|---|
| 1 | State | 90Z | 2921.31 | Obstructing Official Business | 1 |

## Subjects

| Type | No. | Name | Address | Phone | Race | Sex | DOB/Age |
|---|---|---|---|---|---|---|---|
| Arrestee | 1 | Raifsnyder, Danielle | 340 8TH ST BACK ELYRIA, OH 44035 | | White | Female | 06/19/1994 23 |
| Arrestee | 2 | WARE, AMANDA | 340 8TH ST ELYRIA, OH 44035 | | White | Female | 08/18/1988 29 |
| Involved | 1 | Dahmous, Michelle Le | 340 8TH ST UP ELYRIA, OH 44035 | | White | Female | 10/22/1987 30 |
| Victim | 1 | Society, Victim is | UNKNOWN PRIMARY | | | | |

## Arrests

| Arrest No. | Name | Address | Date/Time | Type | Age |
|---|---|---|---|---|---|
| 87349 A | WARE, AMANDA | 340 8TH ST ELYRIA, OH 44035 | 11/18/2017 23:00 | Other | 29 |
| 87350 A | Raifsnyder, Danielle | 340 8TH ST ELYRIA, OH 44035 | 11/18/2017 23:00 | Other | 23 |

## Property

| Date | Code | Type | Make | Model | Description | Tag No. | Item No. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## Vehicles

| No. | Role | Vehicle Type | Year Make | Model | Color | License Plate | State |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## PATROL NARRATIVE

**REPORT#:** 17-34611
**NARRATIVE BY:** T. Loesch 202        **REVIEWED BY:** 315
**INCIDENT TYPE:** Disturbance

**NARRATIVE:**

On Saturday, November 18, 2017 at approximately 2240 hours, Officers T. Loesch, Grove, Ehmer, Kubas, Chalkley, and Sgt. Palmer arrested Amanda Ware and Danielle Raifsnyder for Obstruction of Official Business (ORC 2921.31 M2) at 340 8th St.

On Saturday, November 18, 2017 at approximately 2220 hours, Officers T. Loesch, Grove, Ehmer, Kubas, Chalkley, and Sgt. Palmer were detailed to 340 8th St. in reference a disturbance involving an intoxicated female pointing a handgun at another female during an argument. Upon arrival, Officers met with a witness, identified as Michelle Dahmous, and the following events took place.

Dahmous informed Officers that the female with the gun lived in the rear apartment of this three (3) apartment residence. Officers observed a silhouette of a female, later identified as Danielle Raifsnyder, and ordered Raifsnyder to exit the apartment with her hands visible. Raifsnyder moved the drapes aside, and began screaming at Officers, refusing all orders to exit the apartment. Officers could see that Raifsnyder was crying and visibly shaking. Raifsnyder was commanded several times more to exit her residence, and after approximately four (4) commands, Raifsnyder stated that she had the door barricaded, and would remove the items blocking the door. Raifsnyder removed the barriers, and exited the residence.

Once Raifsnyder exited the residence, Officers approached Raifsnyder and checked Raifsnyder for weapons. While in close proximity to Raifsnyder, Officers could smell a strong odor of an alcoholic beverage on or about Raifsnyder's immediate person. Officers asked Raifsnyder if there were any other people inside the residence. Raifsnyder refused to answer the question, and screamed that Officers were not allowed to be there. Officers asked Raifsnyder if she possessed any firearms inside the residence, and once again Raifsnyder would not answer the question, and only got louder when screaming that Officers could not be there.

Officers T. Loesch, Chalkley, and Grove entered the residence to conduct a secure sweep for persons, and visible weapons. While inside the residence, no subjects or weapons were observed. While inside the residence, Officers could clearly hear Raifsnyder continuing to scream at the Officers outside. While Officers were conducting their sweep of the residence, Officers observed Raifsnyder attempt to push past the Officers outside, and attempt to reenter the residence. Officers instructed Raifsnyder to remain outside while Officers were conducting the sweep, and Raifsnyder continued to push past the Officers outside to regain entrance to her house. Raifsnyder was then placed under arrest.

Officers completed their sweep, and exited the apartment to speak with the other half of the complaint, identified as Amanda Ware (same residence, located in the apartment across the porch

## PATROL NARRATIVE

on the ground level). Officers knocked on the apartment door, and Ware exited her residence and immediately started screaming at Officers and attempted to leave prior to speaking with Officers. Ware then attempted to push past Officers Kubas and Grove, and despite them telling her to stop, continued to push past Officers. Officers could smell a strong odor of an alcoholic beverage on or about Ware's immediate person. Officers attempted to reason with Ware, and Ware began screaming that she knows her rights. Ware continued to push past Officers and refused to speak to Officers about the incident she initially called police about. Ware again attempted to push past Officers Kubas and Grove, and Officer Kubas then placed Ware under arrest.

Officers then spoke with Dahmous, and learned the following information. Dahmous stated that Ware and Raifsnyder were at a wedding together, and heard Ware arrive home, and slam the door. Dahmous went downstairs (from her upstairs apartment at the same residence) to ask Ware how the wedding went, and heard Raifsnyder screaming belligerently. Dahmous stated that Ware told her that Ware and Raifsnyder had gotten into an argument at the wedding, but did not go into detail about what the argument was regarding. Dahmous stated that she looked across the porch, and through the open door to Raifsnyder's apartment, and observed Raifsnyder to be holding a black in color handgun. Dahmous stated that Raifsnyder did not point the weapon at anybody, or make any verbal threats. Officer Grove asked Dahmous if she had felt threatened at any point, and Dahmous stated she did not feel threatened, but was concerned because she knew Raifsnyder was intoxicated and has a history of mental illness.

Ware was transported to LCSO by Officer Kubas and Ehmer, and Raifsnyder was transported to LCSO by Officer Chalkley. Both were booked per departmental policy. Both will remain at LCSO pending their appearance in court, or posting of bond.